# DECLARATION OF PETER FISHER

I, Peter Fisher, declare:

1. I work for defendant The Pepsi Bottling Group, Inc. ("PBG"). I am PBG's Human Resources Manager for the San Joaquin Market Unit. As the Human Resources Manager, I have access to PBG's records, including records identifying the number and type of employees employed by PBG in California and the compensation paid to those employees, including Plaintiff Jose Castellanos. I have personal knowledge of the facts set forth below, and if called to testify regarding them, I could and would do so competently.

2. Plaintiff Jose Castellanos is currently employed by PBG as a Dispatchable Bay Driver in California.

3. PBG currently employs over 1,000 individuals as drivers in California.

4. Plaintiff Jose Castellanos' current hourly wage is $19.15 per hour.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct. Executed on August 1, 2007 at Fresno, California.

_____
Peter Fisher

-1-

W02-WEST:1EMS1\400377043.1                     DEFENDANT THE PEPSI BOTTLING
                                                GROUP, INC.'S NOTICE OF REMOVAL