## DECLARATION OF DAVID YAWMAN, ESQ

I, David Yawman, declare:

1.      I work for defendant The Pepsi Bottling Group, Inc. ("PBG"). I am Vice President, Assistant General Counsel and Assistant Secretary of PBG. As Vice President, Assistant General Counsel and Assistant Secretary, I have access to PBG's corporate records. I have personal knowledge of the facts set forth below, and if called to testify regarding them, I could and would do so competently.

2.      Defendant The Pepsi Bottling Group, Inc. is, and at all relevant times was, a corporation incorporated in the state of Delaware, with its principal place of business in the state of New York.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct. Executed on July 31 , 2007 at Somers, New York.

_____
David Yawman, Esq.

W02-WEST:1EMS1\400377043.1

DEFENDANT THE PEPSI BOTTLING
GROUP, INC.'S NOTICE OF REMOVAL