Aug. 1. 2007 4:3... 92780892    AMS SAN ...    No. 0262   P. 2

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GUY N. HALGREN, Cal. Bar No. 115732
3  SAMANTHA D. HARDY, Cal. Bar No. 199125
   MATTHEW S. DENTE, Cal. Bar No. 241547
4  EMILY N. SEYMOUR, Cal. Bar. No. 240414
   501 West Broadway, 19th Floor
5  San Diego, California 92101-3598
   Telephone:  619-338-6500
6  Facsimile:   619-234-3815
   ghalgren@sheppardmullin.com
7  shardy@sheppardmullin.com
   mdente@sheppardmullin.com
8  eseymour@sheppardmullin.com

9  Attorneys for Defendant
   THE PEPSI BOTTLING GROUP, INC.
10

   ORIGINAL FILED
   AUG - 1 2007
   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND

   ADR

11              UNITED STATES DISTRICT COURT
12              NORTHERN DISTRICT OF CALIFORNIA

13

14  JOSE CASTELLANOS,           | Case No. C07-03961
15            Plaintiff,
                                | CERTIFICATE OF INTERESTED
16       v.                     | ENTITIES OR PERSONS PURSUANT
                                | TO CIVIL LOCAL RULE 3-16; AND
17  THE PEPSI BOTTLING GROUP, AND | DISCLOSURE STATEMENT
    DOES 1 THROUGH 100, INCLUSIVE, | PURSUANT TO F.R.C.P. 7.1
18
              Defendants.       | FILE BY FAX
19

20
21
22
23
24
25
26
27
28

W02-WEST:1EMS1\400382235.1                    CERTIFICATE OF INTERESTED ENTITIES OR
                                               PERSONS AND DISCLOSURE STATEMENT

Pursuant to Local Rule 3-16, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Pepsi Bottling Group, Inc. (erroneously sued as "The Pepsi Bottling Group") (herein "PBG") certifies that the following persons or entities may have a pecuniary interest in the outcome of this case:

1. Plaintiff Jose Castellanos

2. Defendant The Pepsi Bottling Group, Inc.

3. PepsiCo, Inc.

4. Bottling Group, LLC

5. New Bern Transport Corporation

Pursuant to FRCP 7.1, the undersigned counsel for PBG certifies that the following are PBG's corporate parents and publicly held corporations that own 10% or more of PBG's stock:

The Pepsi Bottling Group, Inc. is a publicly traded company with approximately 60% of its stock owned by the public and approximately 40% of its stock owned by PepsiCo, Inc.

1  PepsiCo, Inc. is a publicly traded company.

2  Dated: August 1, 2007

3  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

5  By _____
6  GUY N. HALGREN
7  SAMANTHA D. HARDY
   MATTHEW S. DENTE
   EMILY N. SEYMOUR

9  Attorneys for Defendant THE PEPSI BOTTLING GROUP, INC.

-2-

W02-WEST:1EMS1\400382235.1    CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT