SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GUY N. HALGREN, Cal. Bar No. 115732
SAMANTHA D. HARDY, Cal. Bar No. 199125
MATTHEW S. DENTE, Cal. Bar No. 241547
EMILY N. SEYMOUR, Cal. Bar. No. 240414
501 West Broadway, 19th Floor
San Diego, California  92101-3598
Telephone:    619-338-6500
Facsimile:    619-234-3815
ghalgren@sheppardmullin.com
shardy@sheppardmullin.com
mdente@sheppardmullin.com
eseymour@sheppardmullin.com

Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTELLANOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PEPSI BOTTLING GROUP, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C 07-03961 JL<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL LOCAL RULE 3-13 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 3-13, Defendant The Pepsi Bottling Group, Inc. (erroneously sued as "The Pepsi Bottling Group") (hereinafter "PBG") submits this Notice of Pendency of Other Action or Proceeding. The following two cases involve a material part of the same subject matter and substantially all of the same parties as the instant case:

1. *Brett M. Goodman, Mario C. Mayorga, and Jaime J. Carmona v. The Pepsi Bottling Group, Inc. and New Bern Transport Corporation*, Superior Court for the State of California, County of Ventura (Case No. CIV 241341) (alleged failure to pay wages and to provide required rest and meal periods to drivers); and

2. *Andres O'Campo and Frank Demera v. The Pepsi Bottling Group, Inc. and Bottling Group, LLC*, United States District Court for the Central District of California (Case No. SACV07-866 CJC JCx) (alleged failure to pay wages and to provide required rest and meal periods to merchandisers).

Both cases have been settled. Therefore, coordination is not necessary.

Dated: August 31, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ SAMANTHA D. HARDY
GUY N. HALGREN
SAMANTHA D. HARDY
MATTHEW S. DENTE
EMILY N. SEYMOUR

Attorneys for Defendant THE PEPSI BOTTLING GROUP, INC.

-1-