IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CASTELLANOS,

    Plaintiff,

vs.

THE PEPSI BOTTLING GROUP,

    Defendant.

No. C 07-03961 JL

CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT.

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: _____

Signature _____

Counsel for _____

## REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 31, 2007

Signature: /s/ D. Hardy

Counsel for The Pepsi Bottling Group