1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GUY N. HALGREN, Cal. Bar No. 115732
3  SAMANTHA D. HARDY, Cal. Bar No. 199125
   MATTHEW S. DENTE, Cal. Bar No. 241547
4  501 West Broadway, 19th Floor
   San Diego, California  92101-3598
5  Telephone:    619-338-6500
   Facsimile:    619-234-3815
6  ghalgren@sheppardmullin.com
   shardy@sheppardmullin.com
7  mdente@sheppardmullin.com

8  Attorneys for Defendant
   THE PEPSI BOTTLING GROUP, INC.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| 14 | JOSE CASTELLANOS, | Case No. CV 07-03961 WHA |
| 15 | Plaintiff, | [Complaint Filed:  June 26, 2007] |
| 16 | v. | |
| 17 | THE PEPSI BOTTLING GROUP, AND DOES 1 THROUGH 100, INCLUSIVE, | **PROOF OF SERVICE** |
| 18 | Defendants. | |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego; I am over the age of eighteen years and not a party to the within entitled action; my business address is 501 West Broadway, 19th Floor, San Diego, California 92101-3598.

On **October 25, 2007**, I served the following document(s) described as

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT THE PEPSI BOTTLING GROUP, INC. AND PLAINTIFF JOSE CASTELLANOS; ADR CERTIFICATION BY PARTIES AND COUNSEL; AND STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

John Glugoski, Esq.
Righetti Law Firm, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: 415-983-0900
Facsimile: 415-397-9005
jglugoski@righettilaw.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **October 25, 2007**, at San Diego, California.

_____
Cindi Petruzzo