```
1   MATTHEW RIGHETTI, ESQ.    {121012}
    JOHN GLUGOSKI, ESQ.       {191551}
2   RIGHETTI LAW FIRM, P.C.
    456 Montgomery Street, Suite 1400
3   San Francisco, CA  94104
    Telephone:    (415) 983-0900
4   Facsimile:    (415) 397-9005

5

6   Attorneys for Plaintiffs

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10  JOSE CASTELLANOS                   NO. C 07-03961 JL

11                                     CLASS ACTION

12
               Plaintiff,              PROOF OF SERVICE
13  vs.

14

15  THE PEPSI BOTTLING GROUP, INC.,
    and DOES 1 through 100 inclusive,
16
               Defendants.
17                                           /

18
```

## PROOF OF SERVICE

STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

On Wednesday, October 31, 2007 I served the foregoing document described as:

- **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; AND DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

Sheppard, Mullin, Richter & Hampton LLP
Guy Halgen
Samantha Hardy
501 West Broadway, 19th Floor
San Diego, CA 92101

(X)   **VIA OVERNIGHT MAIL:**
VIA: By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the persons on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Wednesday, October 31, 2007, at San Francisco, California.

*/s/ Sarah Minkus*

Sarah Minkus