MATTHEW RIGHETTI {SBN: 121012}
JOHN GLUGOSKI {SBN: 191551}
**RIGHETTI LAW FIRM P.C.**
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CASTELLANOS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE PEPSI BOTTLING GROUP, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No.　C 07-03961 JL<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; AND DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |

///

///

-1-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND DISCLOCURE STATEMENT

Pursuant to Local Rule 3-16, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff The Pepsi Bottling Group, Inc. (herein "PBG") certifies that the following persons or entities may have a pecuniary interest in the outcome of this case:

1. Plaintiff Jose Castellanos
2. Defendant The Pepsi Bottling Group, Inc.

Date: October 31, 2007

RIGHETTI LAW FIRM, P.C.

By: _____
John Glugoski
Attorneys for Plaintiff

-2-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS AND DISCLOCURE STATEMENT