UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: November 1, 2007

Case No.  C 07-03961 WHA

Title: JOSE CASTELLANOS  v. PEPSI BOTTLING COMPANY

Plaintiff Attorneys: John Glugoski

Defense Attorneys: Samatha Hardy

Deputy Clerk:  Dawn Toland

Court Reporter: Margo Gurule

**PROCEEDINGS**

1)   CMC - HELD

2)

Continued to _ for Further Case Management Conference

Continued to _for Pretrial Conference

Continued to _for Jury Trial

**ORDERED AFTER HEARING:**