IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE CASTELLANOS,

    Plaintiff,

  v.

THE PEPSI BOTTLING GROUP,
and DOES 1 through 100, inclusive,

    Defendant.
                                 /

No. C 07-03961 WHA

**ORDER SETTING HEARING
ON DISCOVERY DISPUTE**

       The Court is in receipt of plaintiff's letter of November 20, 2007 (not filed), concerning a discovery dispute. An in-court hearing is set for **TUESDAY, NOVEMBER 27, 2007, AT 9:00 A.M.** in Courtroom 9 at 450 Golden Gate Avenue, in San Francisco. Defendant's response is due no later than **9:00 A.M. ON MONDAY, NOVEMBER 26**. Please make sure all submissions are electronically filed.

       **IT IS SO ORDERED.**

Dated: November 21, 2007.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE