IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: WILLIAM ALSUP**   **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: November 27, 2007   **Court Reporter:** Juanita Gonzalez

**CASE NO.: C-07-3961 WHA**

**TITLE:** Jose Castellanos v. The Pepsi Bottling Group

**COUNSEL FOR PLAINTIFF:**   **COUNSEL FOR DEFENDANT:**

**John Glugoski**   **Samantha Hardy**
**Mary Breznikar (certified law student)**

**PROCEEDINGS:** Discovery Conference

**RESULTS:**  Discovery Conference held.
If any Motion to Remand is to be filed, it shall be filed by noon on Thursday, December 13, 2007.
Defendants shall produce the documents at issue on Monday, December 17, 2007.

Motion for Class List is DENIED.
Defendant shall produce a witness, with personal knowledge of how the records are kept, for deposition. Such deposition shall take place on Wednesday, December 5, 2007, at 9:00 a.m. at the offices of Plaintiff's counsel.

Counsel for defendant shall submit a 1 page letter by noon 11-30-07 to Plaintiff's counsel giving best "estimate of California Class is 1000 people based upon..."

Counsel shall meet and confer and submit a proposed order by 11-28-07.