1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GUY N. HALGREN, Cal. Bar No. 115732,
3  SAMANTHA D. HARDY Cal. Bar No. 199125
   MATTHEW S. DENTE, Cal. Bar No. 241547
4  501 West Broadway, 19th Floor
   San Diego, California 92101-3598
5  Telephone:    619-338-6500
   Facsimile:    619-234-3815
6  ghalgren@sheppardmullin.com
   shardy@sheppardmullin.com
7  mdente@sheppardmullin.com

8
   Attorneys for Defendant
9  THE PEPSI BOTTLING GROUP, INC.

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13              SAN FRANCISCO DIVISION

14

15 | JOSE CASTELLANOS,                          | Case No. c 07-03961 WHA
16 |           Plaintiff,                       |
17 |    v.                                      | **STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**
18 | THE PEPSI BOTTLING GROUP, AND DOES 1 THROUGH 100, INCLUSIVE, |
19 |           Defendants.                      | [Complaint Filed: June 26, 2007]
20 |                                            | Trial Date: November 3, 2008

21

22

23

24         IT IS HEREBY STIPULATED by and between plaintiff Jose Castellanos

25  ("Plaintiff") and defendant The Pepsi Bottling Group, Inc. ("PBG"), through their

26  respective attorneys of record, as follows:

27

28

WHEREAS on August 1, 2007, Defendant The Pepsi Bottling Group, Inc., filed a Notice of Removal of Action pursuant to 28 U.S.C. §§ 1332(d) and 1441(a)-(c) with the United States District Court for the Northern District of California;

WHEREAS, at the time of removal, PBG analyzed Plaintiff's Complaint and determined it would be objectively reasonable to conclude the damages sought would exceed the $5,000,000 amount in controversy requirement for the Class Action Fairness Act ("CAFA");

WHEREAS, since the time of removal, counsel for Plaintiff and PBG have met several times to discuss this matter, including jurisdictional issues;

WHEREAS, Plaintiff has represented to PBG that there is insufficient information to conclude that the damages will exceed $5,000,000;

WHEREAS, this court may not exercise subject matter jurisdiction over this class action based on CAFA when the matter in controversy is less than $5,000,000, exclusive of interest and costs; and

WHEREAS, there is no other basis for subject matter jurisdiction over this class action.

THEREFORE, the parties stipulate as follows:

1. Although PBG had an objectively reasonable basis for concluding Plaintiff's Complaint sought damages in excess of $5,000,000 and for removing this matter to the District Court, CAFA's requirements are not met and were not met at the time of removal.

2. This matter will be remanded back to state court.

3. All deadlines and dates for discovery served and depositions noticed while this matter was pending before the District Court will be continued to the following dates, subject to additional extensions as agreed between the parties:

    (a) All noticed depositions will be rescheduled for sometime after January 18, 2008.

    (b) All responses to written discovery will be due January 18, 2008, with the exception of the discovery referenced in subsection (c) below.

    (c) PBG's response to Special Interrogatory No. 9 will be due December 21, 2007.

4. This Stipulation will not in any way limit or cap Plaintiff's damages, although PBG does not believe the damages exceed $5,000,000.

DATED: November 28, 2007

        RIGHETTI LAW FIRM, P.C.

By    /s/ John Glugoski
    JOHN GLUGOSKI
    MATT RIGHETTI

    Attorneys for Plaintiffs
    JOSE CASTELLANOS

1  DATED: November 28, 2007

2                                      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                          By        /s/ Samantha Hardy
                                     GUY N. HALGREN
5                                    SAMANTHA D. HARDY
                                     MATTHEW S. DENTE
6

7                          Attorneys for Defendant THE PEPSI BOTTLING
                                            GROUP, INC.
8

## ORDER

IT IS SO ORDERED.

Dated: _____        _____
                                       HON. WILLIAM H. ALSUP