SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GUY N. HALGREN, Cal. Bar No. 115732,
SAMANTHA D. HARDY Cal. Bar No. 199125
MATTHEW S. DENTE, Cal. Bar No. 241547
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:    619-338-6500
Facsimile:    619-234-3815
ghalgren@sheppardmullin.com
shardy@sheppardmullin.com
mdente@sheppardmullin.com

Attorneys for Defendant
THE PEPSI BOTTLING GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE CASTELLANOS,<br><br>            Plaintiff,<br><br>    v.<br><br>THE PEPSI BOTTLING GROUP, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>            Defendants. | Case No. c 07-03961 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER REMANDING CASE TO STATE COURT**<br><br>[Complaint Filed: June 26, 2007]<br><br>Trial Date: November 3, 2008 |

IT IS HEREBY STIPULATED by and between plaintiff Jose Castellanos ("Plaintiff") and defendant The Pepsi Bottling Group, Inc. ("PBG"), through their respective attorneys of record, as follows:

WHEREAS on August 1, 2007, Defendant The Pepsi Bottling Group, Inc., filed a Notice of Removal of Action pursuant to 28 U.S.C. §§ 1332(d) and 1441(a)-(c) with the United States District Court for the Northern District of California;

WHEREAS, at the time of removal, PBG analyzed Plaintiff's Complaint and determined it would be objectively reasonable to conclude the damages sought would exceed the $5,000,000 amount in controversy requirement for the Class Action Fairness Act ("CAFA");

WHEREAS, since the time of removal, counsel for Plaintiff and PBG have met several times to discuss this matter, including jurisdictional issues;

WHEREAS, Plaintiff has represented to PBG that there is insufficient information to conclude that the damages will exceed $5,000,000;

WHEREAS, this court may not exercise subject matter jurisdiction over this class action based on CAFA when the matter in controversy is less than $5,000,000, exclusive of interest and costs; and

WHEREAS, there is no other basis for subject matter jurisdiction over this class action.

THEREFORE, the parties stipulate as follows:

1.  Although PBG had an objectively reasonable basis for concluding Plaintiff's Complaint sought damages in excess of $5,000,000 and for removing this matter to the District Court, CAFA's requirements are not met and were not met at the time of removal.

2. This matter will be remanded back to state court.

3. All deadlines and dates for discovery served and depositions noticed while this matter was pending before the District Court will be continued to the following dates, subject to additional extensions as agreed between the parties:

    (a) All noticed depositions will be rescheduled for sometime after January 18, 2008.

    (b) All responses to written discovery will be due January 18, 2008, with the exception of the discovery referenced in subsection (c) below.

    (c) PBG's response to Special Interrogatory No. 9 will be due December 21, 2007.

4. This Stipulation will not in any way limit or cap Plaintiff's damages, although PBG does not believe the damages exceed $5,000,000.

DATED: November 28, 2007

RIGHETTI LAW FIRM, P.C.

By  /s/ John Glugoski
JOHN GLUGOSKI
MATT RIGHETTI

Attorneys for Plaintiffs
JOSE CASTELLANOS

1  DATED: November 28, 2007

2  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4  By   /s/ Samantha Hardy
   GUY N. HALGREN
5  SAMANTHA D. HARDY
   MATTHEW S. DENTE

7  Attorneys for Defendant THE PEPSI BOTTLING GROUP, INC.

**ORDER**

IT IS SO ORDERED.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

Dated: November 29, 2007

HON. WILLIAM H. ALSUP